THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0136-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LUIS ALBERTO RAMIREZ-ARREDONDO, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed[1] motion to seal (Dkt. No. 183) its sentencing memorandum (Dkt. No. 184). Given the sensitive information contained in the filing, the Court finds good cause to seal. The motion to seal (Dkt. No. 183) is GRANTED. Docket Number 184 shall REMAIN sealed.

//
//
//

---

[1] Defendant's deadline to respond to the motion was October 31, 2017. *See* W.D. Wash. Local Crim. R. 12(b)(2). He did not do so. The Court construes this an admission that the motion has merit. *See* W.D. Wash. Local Crim. R. 12(b)(4).

MINUTE ORDER, CR16-0136-JCC
PAGE - 1

1    DATED this 1st day of November 2017.

William M. McCool
Clerk of Court

s/ Tomas Hernandez
Deputy Clerk